# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MARKELL MARKS,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0373-CG-M |
| **SELMA CITY POLICE DEPARTMENT, et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.[1]

**DONE and ORDERED** this 30th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] This court granted the plaintiff an extension until December 20, 2010 to pay the partial fee by order dated November 18, 2010 (Doc. 9); however, the partial fee has not been paid to date.